1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  KHALAFALA KHALAFALA,
11          Plaintiff,                    No. 2:11-cv-2195 GGH P
12      vs.
13  UNKNOWN EMPLOYEE OF THE
14  SACRAMENTO POLICE DEPT.,
15          Defendant.              /     <u>ORDER</u>
16
17          This is a civil action filed pursuant to 42 U.S.C. § 1983 by an immigration
18  detainee.  Plaintiff proceeds pro se and in forma pauperis, and has consented to the jurisdiction of
19  this court.  <u>See</u> Doc. No. 4.
20          By order filed August 23, 2012, the court granted plaintiff twenty-eight days to
21  file a second amended complaint.  In the August 23, 2012 order, the court informed plaintiff of
22  the deficiencies in his first amended complaint.  The twenty-eight day period has now expired,
23  and plaintiff has not filed a second amended complaint or otherwise responded to the court's
24  order.
25  \\\\\
26  \\\\\

                                        1

For the reasons given in the August 23, 2012, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: October 15, 2012

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

ggh:rb/khal2195.fta